FILED

SEP 19 2018

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| DEMETRIUS HENSON | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| S. KALLIS, Warden | ) | Civil Action No. 5:17-CV-145 |
| | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other: the Magistrate Judge's Report and Recommendation is Affirmed and Adopted in its entirety; Petitioner's petition is DENIED and DISMISSED WITHOUT PREJUDICE; and this civil action is DISMISSED WITHOUT PREJUDICE and STRICKEN from the active docket of this Court. It is further ORDERED that petitioner has waived his right to seek appellate review.

This action was *(check one)*:

☒ decided by Judge FREDERICK P. STAMP, JR.

Date: 09/19/2018

**Cheryl Dean Riley**
*CLERK OF COURT*

/s/ S. O. Abraham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*